**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Linda Hancock

**V.** **CA 08-53S**

**Town of Tiverton, et al**

**ORDER**

**This case is hereby transferred to Chief Judge Mary M. Lisi as it is related to CA No. 07-339ML.**

**SO ORDERED:**

WSmm

**William E. Smith**
**United States District Judge**
**June 9, 2008**