UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LINDA HANCOCK,<br><br>*Plaintiff,*<br><br>vs.<br><br>TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL; W. GLENN STECKMAN, III, TOWN ADMINISTRATOR; THOMAS BLAKEY, CHIEF OF POLICE<br><br>*Defendants.* | C.A. No. 08-53ML |

**ANSWER ON BEHALF OF DEFENDANTS, TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL AND THOMAS BLAKEY, CHIEF OF POLICE**

Now come the defendants, Town of Tiverton, James Amarantes, Treasurer, Louise Durfee, President of Town Council and Thomas Blakey, Chief of Police and answer the plaintiff's complaint as follows:

1. These defendants deny the allegations set forth in that portion of the plaintiff's complaint entitled "introductory statement/nature of the action."

2. These defendants make no response to the allegations contained in paragraphs 1, 2, 3, 4, 5 and 6 of that portion of the plaintiff's complaint entitled "jurisdiction and venue" and leave plaintiff to her proof of same.

3. These defendants admit the allegations contained in paragraphs 7, 9 and 10 of that portion of the plaintiff's complaint entitled "parties."

4. These defendants make no response to the allegations contained in paragraphs 11 and 12

of that portion of the plaintiff's complaint entitled "parties" and leave plaintiff to her proof of same.

5. These defendants deny the allegations contained in paragraph 13 of that portion of the plaintiff's complaint entitled "parties" and leave plaintiff to her proof of same.

6. These defendants admit that the Town Council meets at the Town Hall located at 343 Highland Road, Tiverton, Rhode Island and that defendant Durfee is the President of the Town Council and was the President during the dates set forth in the complaint. These defendants state that defendant Amarantes is no longer the Treasurer for the Town of Tiverton and defendant Steckman is no longer the Town Administrator. These defendants admit that Thomas Blakey is the Chief of Police and deny the remaining allegations contained in paragraph 8 of that portion of the plaintiff's complaint entitled "parties."

7. These defendants admit the allegations contained in paragraphs 14 and 22 of that portion of the plaintiff's complaint entitled "facts common to all counts."

8. These defendants deny the allegations contained in paragraphs 15, 16, 17, 18, 19, 20, 21, 23, 24 and 25 of that portion of the plaintiff's complaint entitled "facts common to all counts."

9. These defendants deny the allegations contained in paragraphs 26, 27, 28, 29 and 30 of Count I of the plaintiff's complaint.

10. These defendants deny the allegations contained in paragraphs 31, 32, 33, 34 and 35 of Count II of the plaintiff's complaint.

11. These defendants deny the allegations contained in paragraphs 36, 37, 38, 39 and 40 of Count III of the plaintiff's complaint.

12. These defendants deny the allegations contained in paragraphs 41, 42, 43 and 44 of Count IV of the plaintiff's complaint.

13. These defendants object to and deny all of the "prayers for relief" contained in the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of recoverable damages for some of the counts.

**Defendants demand trial by jury.**

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on July 3, 2008 and is available for viewing and downloading from the ECF system and that counsel of record listed below will receive notice via the ECF system.

stephenfanning@msn.com

*/s/ Marc DeSisto*

Marc DeSisto